UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | |
|---|---|
| RICHARD WILSON and<br>SHARRON WILSON<br><br>      Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE<br>COMPANY<br><br>      Defendant. | CASE NO. 3:15-cv-00227<br><br>Magistrate Judge Sharon L. Ovington<br><br><br>**ENTRY OF DISMISSAL,**<br>**WITH PREJUDICE** |

This within cause having been compromised, settled and fully paid between the parties hereto, the Complaint of Plaintiffs, Richard Wilson and Sharron Wilson, against the Defendant, Allstate Insurance Company, may be and hereby is dismissed, with prejudice to all future action, at the costs of Defendant.

_____
Hon. Sharon L. Ovington, Magistrate Judge

/s/ Fred Young
_____
Fredric L. Young (0059544)
Green & Green
800 Performance Place
109 North Main Street
Dayton, Ohio 45402
ATTORNEY FOR PLAINTIFFS

/s/ Tony Iaciofano
_____
Anthony J. Iaciofano (0030422)
Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, Ohio 45202
ATTORNEY FOR DEFENDANT
ALLSTATE INSURANCE COMPANY